ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEITH M. STAUB
Assistant United States Attorney
California Bar Number 137909
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7423
    Facsimile: (213) 894-7819
    E-mail: Keith.Staub@usdoj.gov
Attorneys for Defendant
United States of America

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ROCHLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | SACV 11-1851-JGB (ANx)<br>No. SACV 13-0950 JGB (ANx)<br><br>Hon. Jesus G. Bernal |

**(~~PROPOSED~~) ORDER ACCEPTING STIPULATION FOR COMPROMISE**

**SETTLEMENT AND DISMISSAL**

1  The Court having read and accepted the parties Stipulation for
2 Compromise Settlement and Dismissal, ORDERS AS FOLLOWS:
3  1. Plaintiff's complaint against the United States of America is
4 dismissed with prejudice;
5  2. This Court will retain jurisdiction over this case for 120
6 days to insure compliance with the terms of the Stipulation for
7 Compromise Settlement.

DATED: March 5, 2014

Hon. Jesus G. Bernal
District Court Judge